UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISTOPHER MICHAEL GRANT                    CIVIL ACTION

VERSUS                                        NO. 21-1782

LAFOURCHE PARISH, ET AL                       SECTION: "B" (5)

### ORDER AND REASONS

Before the Court are the Magistrate Judge's Report and Recommendation to dismiss Christopher Michael Grant's ("Petitioner or Grant") *pro se in forma pauperis* complaint for relief under 42 U.S.C. § 1983 (Rec. Doc. 4), Grant's objections to same (Rec. Doc. 5), his motions to subpoena records (Rec. Doc. 6) and to add grievance (Rec. Doc. 8).

After reviews of the foregoing, the entire record, and applicable law,

**IT IS ORDERED** that petitioner's objections are **OVERRULED** and his motions are **DENIED;** and

**IT IS FURTHER ORDERED** that the Magistrate Judge's Report and Recommendation ("R & R") are **ADOPTED** as the opinion of the Court, **DISMISSING** the captioned action as frivolous and for failing to state a claim upon which relief can be granted.

The motions to issue subpoenas and to add a grievance were filed after the filing of the R & R. The subpoena requests records for every inmate's sick call and grievance along with prison camera

recordings to "show the extremeness of illness by every inmate." Rec. Doc. 6 at 1. The subpoena is facially overbroad and presents an undue burden. Moreover, it seeks superfluous and irrelevant information that would not change the instant outcome. Lastly, petitioner's attempt to file a second grievance after the September 27, 2021 filing of the instant complaint is merely a restatement of the initial grievance that's the subject of instant complaint, i.e. Alleged failure to receive correct treatment or testing for Covid-19 on July 9, 2021. (Compare Rec. Doc. 1, Complaint at pp. 4-5, with Rec. Doc. 8, Oct. 7, 2021 Grievance at p. 2.). Like the aforementioned subpoena request, the motion to add grievance is superfluous, having no impact upon ultimate issues and outcome.

New Orleans, Louisiana this 8th day of September, 2022

_____
SENIOR UNITED STATES DISTRICT JUDGE